Submitted January 5, affirmed February 2, 2022

DRUCILLA GRAVES,
aka Edward Wayne Schnee II,
*Petitioner-Appellant,*

*v.*

Dolores MATTEUCCI,
Superintendent, Oregon State Hospital,
*Defendant-Respondent.*

Marion County Circuit Court
19CV19813; A174048

502 P3d 788

Lindsay R. Partridge, Judge.

Jedediah Peterson and O'Connor Weber, LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Mooney, Presiding Judge, and Lagesen, Chief Judge, and DeHoog, Judge pro tempore.

PER CURIAM

Affirmed. *Ingle v. Matteucci*, 315 Or App 416, 501 P3d 23 (2021).